UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0393
FAX (301) 344-0394

MEMORANDUM

TO:     Counsel of Record

FROM:   Judge Charles B. Day
        United States Magistrate Judge

RE:     Reynolds et al v. Solo & AD, Inc. et al
        Civil Action No. CBD-15-2021

DATE:   October 26, 2016

\* \* \* \* \* \* \* \* \*

Please be advised that a status hearing has been scheduled for **Thursday, November 17, 2016 at 3:00 p.m.** in the above-captioned matter. Please check the court calendar for courtroom assignment on the day of the hearing.

Despite the informal nature of this memorandum, it is nonetheless an Order of the Court, and the Clerk is directed to docket it as such.

/s/
Charles B. Day
United States Magistrate Judge